**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN-DEPTH TEST LLC, | § § | |
| Plaintiff, | § § | C.A. No. 14-1090-GMS |
| v. | § § | |
| FAIRCHILD SEMICONDUCTOR CORPORATION | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

**DECLARATION OF MICHAEL J. FARNAN IN SUPPORT OF PLAINTIFF IN-DEPTH TEST, LLC'S RESPONSE IN OPPOSITION TO FAIRCHILD'S MOTION TO STAY PROCEEDINGS PURSUANT TO SECTION 18(b) OF THE AMERICA INVENTS ACT**

I, Michael J. Farnan, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a member of the bar of the State of Delaware and an attorney at Farnan LLP. I am counsel to Plaintiff in this action. I submit this declaration and accompanying documents in support of Plaintiff In-Depth Test, LLC's Response in Opposition to Fairchild's Motion to Stay Proceedings Pursuant to Section 18(b) of the America Invents Act.

2. Attached hereto as Exhibit A is a true and correct copy of the Decision Denying Institution of Covered Business Method Patent Review in *PNC Financial Services Group, Inc. v. Intellectual Ventures I LLC*, No. CBM2014-00032.

3. Attached hereto as Exhibit B is a true and correct copy of the September 26, 2003 Non-Final Rejection.

4. Attached hereto as Exhibit C is a true and correct copy of the January 2, 2004 Applicant Response to the Non-Final Rejection.

Date: February 2, 2014                           /s/ Michael J. Farnan
                                                         Michael J. Farnan